UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
CARMEN TAVAREZ-VARGAS,                                           :
:
                Plaintiff,                      :
:    21 Civ. 9909 (JPC)
    -v-                                                          :
:    <u>ORDER</u>
:
LITTLE COTTAGE COMPANY,                                          :
:
                Defendant.                      :
:
-----------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On February 22, 2022, the Court ordered Plaintiff to move for default judgment or show cause why this case should not be dismissed for failure to prosecute by March 9, 2022.  Dkt. 6. Plaintiff did not do so.  If Plaintiff does not comply with the Court's Order by March 18, 2022, this case may be dismissed for failure to prosecute and failure to comply with a court order without further notice.  In the event that Plaintiff moves for default judgment, the Court will set a new briefing schedule and conference.

      SO ORDERED.

Dated: March 11, 2022                                _____
      New York, New York                         JOHN P. CRONAN
                                               United States District Judge